[940 NE2d 918, 915 NYS2d 213]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH STEPTER, Appellant.

Decided December 16, 2010

**APPEARANCES OF COUNSEL**

*Center for Appellate Litigation*, New York City (*Abigail Everett* and *Robert S. Dean* of counsel), for appellant.

*Cyrus R. Vance, Jr., District Attorney*, New York City (*Allen J. Vickey* of counsel), for respondent.

*Michael A. Cardozo, Corporation Counsel*, New York City (*Julie Steiner* of counsel), for City of New York, intervenor-respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed.

Because the People have conceded that defendant has no obligation to register as a gun offender pursuant to New York City's Gun Offender Registration Act (GORA) based upon the crime for which he was convicted, defendant's claim that he cannot be required to register is moot. In any event, a challenge to gun offender registration under GORA cannot be raised on direct appeal from a judgment of conviction and sentence (*see People v Smith*, 15 NY3d 669 [2010] [decided today]).

Defendant's remaining argument is unpreserved for our review (*see People v Rosen*, 96 NY2d 329, 335 [2001]).

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed in a memorandum.